[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JULY 28, 2011
JOHN LEY
CLERK

No. 10-15869
Non-Argument Calendar
_____

D.C. Docket No. 9:10-cr-80085-KAM-1

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

SALVADOR GONZALEZ GARCIA,
a.k.a. Santos G. Lizarraga,
a.k.a. Roberto Salazar Gonzalez,
a.k.a. Romero Rodriguez,
a.k.a. Santiago Ayala,
a.k.a. Roberto R,

Defendant - Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(July 28, 2011)

Before CARNES, HULL and PRYOR, Circuit Judges.

PER CURIAM:

Bruce E. Reinhart, appointed appellate counsel for Salvador Gonzalez Garcia, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1936, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Garcia's convictions and sentences are **AFFIRMED**.